IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARY A. MAYS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-2348-KHV |
| | ) | |
| BOARD OF COUNTY | ) | |
| COMMISSIONERS OF | ) | |
| CRAWFORD COUNTY, KANSAS | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR INSPECTION AND REPRODUCTION OF RECORDS OF THE KANSAS HUMAN RIGHTS COMMISSION**

This matter comes before the court upon the parties' Joint Motion for Order for Inspection and Reproduction of Records of the Kansas Human Rights Commission (KHRC). The court finds the KHRC documents appear to be relevant and discoverable. Therefore, the motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to the charge filed by Charge No. 39718-18, Mary Mays v. Board of County Commissioners of Crawford County, Kansas, except such portions thereof which may be of a deliberative or conciliatory nature or are attorney work product of the KHRC legal staff. If redactions are

1

not necessary, the KHRC shall permit any party to this action, or any attorney representing such a party, access to such investigative file(s) for inspection and copying.  The KHRC is ordered to allow copies of the same to be made at the expense of the party receiving such production.  Should the KHRC consider that any items are of a deliberative or conciliatory nature or attorney work product of the KHRCs legal staff, copies of such items shall be forwarded to the undersigned judge for in camera inspection within thirty (30) days of the date of this order. A brief summary of the documents submitted to the Court shall be served on all parties in this case.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2018.

<u>**s/ K. Gary Sebelius**</u>
K. Gary Sebelius
U.S. Magistrate Judge